| | |
|---|---|
| 1 | Kevin J. McInerney, Esq., SBN 46941 |
| 2 | Kelly McInerney, Esq., SBN 200017<br>Charles A. Jones, Esq., SBN 224915 |
| | MCINERNEY & JONES |
| 3 | 18124 Wedge Parkway #503<br>Reno, NV 89511 |
| 4 | Telephone:  (775) 849-3811 |
| | Facsimile:   (775) 849-3866 |
| 5 | |
| 6 | James F. Clapp, Esq.  SBN 145814<br>DOSTART CLAPP & COVENEY LLP |
| | 4370 La Jolla Village Dr., Suite 970 |
| 7 | San Diego, CA 92122 |
| | Telephone:  (858) 623-4200 |
| 8 | Facsimile:   (858) 623-4299 |
| 9 | Matthew Righetti, Esq. (121012) |
| | RIGHETTI GLUGOSKI, P.C. |
| 10 | 456 Montgomery St., Suite 1400 |
| | San Francisco, CA 94101 |
| 11 | Telephone:  (415) 983-0900 |
| | Facsimile:   (415) 397-9005 |
| 12 | |
| | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GEYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV11-9126 JFW (VBKx)<br><br>Hon. John F. Walter<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

CASE NO. CV11-9126 JFW (VBKx)                                    STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Frank Geyer and Defendant Lowe's HIW, Inc. hereby stipulate to a dismissal of this action with prejudice. Defendant has agreed to waive costs.

Dated: January 30, 2012         McINERNEY & JONES

                                By   /s  Kevin J. McInerney
                                    Kevin J. McInerney
                                    Attorneys for Plaintiff
                                    FRANK GEYER

Dated: January 30, 2012         HUNTON & WILLIAMS LLP

                                By   /s  Kirk Hornbeck
                                    Kirk Hornbeck
                                    Attorneys for Defendant
                                    LOWE'S HIW, INC.

# PROOF OF SERVICE

CASE NAME: *Frank Geyer, et al. v. Lowe's HIW, Inc.*
COURT: United States District Court, Central District of California
CASE NO: CV 11-9126-JFW (VBKx)

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada. I am over the age of eighteen (18) years and not a party to the within action; and that my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511. On January 27, 2012, I served the foregoing document(s) described as:

STIPULATION TO DISMISS ACTION WITH PREJUDICE

on all interested parties in this action addressed to the addressee as follows:

Phillip J. Eskenazi
Kirk A. Hornbeck
HUNTON & WILLIAMS LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627
Tel: (213) 532-2000
Fax: (213) 532-2020
peskenazi@hunton.com
khornbeck@hunton.com
*Attorneys for Defendant*

James F. Clapp
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Phone: (858) 623-4200
Fax: (858) 623-4299
jclapp@sdlaw.com
*Attorneys for Plaintiffs*

Matthew Righetti, Esq.
RIGHETTI GLUGOSKI, P.C.
456 Montgomery St., Suite 1400
San Francisco, CA 94101
Phone: (415) 983-0900
Fax: (415) 397-9005
matt@righettilaw.com
*Attorneys for Plaintiffs*

XX  By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 27, 2012, at Reno, Nevada.

*/s/ Jennifer Smith*
Jennifer Smith